```
1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAOHEUANG KHOUNESAVATDY, ) | Case No. 1:06-cv-01786-SMS |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND **ORDER** |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 21 days to respond to appellant's letter brief, due to the misrouting of appellant's letter brief in respondent's attorney's office.  The current due date was June 11, 2007.  The new due date will be July 2, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

| | |
|---|---|
| DATE:  6/25/07 | /s/ Robert D. Christenson (as authorized by e-mail June 25, 2007) <br> ROBERT D. CHRISTENSON <br> Attorney at Law <br><br> Attorney for Plaintiff |
| DATE:  6/26/07 | McGREGOR W. SCOTT <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br><br> By: /s/ Leo R. Montenegro <br> LEO R. MONTENEGRO <br> Special Assistant U.S. Attorney <br><br> Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: 6/26/2007

/s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE