UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAOHEUANG KHOUNESAVATDY,<br><br>        Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:06-cv-001786-SMS<br><br>ORDER DIRECTING DEFENDANT TO FILE<br>A SUPPLEMENTAL BRIEF NO LATER<br>THAN FEBRUARY 29, 2008 |

    Plaintiff is proceeding in forma pauperis and with counsel against the Commissioner of Social Security. Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff seeks judicial review of a final decision of the Commissioner denying an application for Supplemental Security Income (SSI) benefits under Title XVI of the Social Security Act (the Act). Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the Magistrate Judge to conduct all proceedings in this matter, including ordering the entry of final judgment. Pending before the Court is Plaintiff's social security complaint.

    The Court has reviewed the complaint, briefS, and record filed in this action.

1

1    It appears that Plaintiff's opening brief failed to comply
2 with this Court's scheduling order, which issued on December 11,
3 2006, and which provided in Paragraph 11 that an opening or
4 responsive brief shall contain a short, separate statement of
5 each of appellant's legal claims stated in terms of the
6 insufficiency of the evidence to support a particular finding of
7 fact or reliance upon an erroneous legal standard; and argument
8 separately addressing each claimed error, which must be supported
9 by citation to legal authority and explanation of the application
10 of such authority to the facts of the particular case. (<u>Id.</u> at ¶
11 11(e), (f).) Further, it states that all references to the record
12 and all assertions of fact must be accompanied by citations to
13 the record. (¶ 11.)
14    With respect to his contention that the ALJ erred in
15 rejecting the opinion of treating Dr. Shubhakar, Plaintiff stated
16 in the opening brief only that he believed it was error, cited to
17 general legal principles and portions of the record, and then
18 stated that the opinion should have been adopted and "should have
19 been given more weight than that of the one-shot consultative,
20 Dr. Rios." (Op. Brief pp. 6-8.) Plaintiff made no statement
21 concerning the insufficiency of the evidence, and he set forth no
22 legal argument concerning explanation of the authority to the
23 facts of this particular case.
24    It was not until Plaintiff filed his reply brief that
25 Plaintiff articulated the legal argument that Dr. Rios's opinion
26 was insubstantial because Dr. Rios did not consider x-rays of
27 January 2004 or August 2005. (Reply pp. 3-4.)
28    Because of Plaintiff's defective presentation of his

2

1  argument, the Court has been deprived of any input from Defendant
2  on this point and its relationship to the larger issues of the
3  ALJ's treatment of the treating doctor's opinion and the
4  substantiality of the evidence supporting the ALJ's conclusions.
5      Accordingly, it IS ORDERED that Defendant shall file a
6  supplemental brief no later than February 29, 2008, addressing
7  whether in light of the governing law, and particularly
8  considering <u>Orn v. Astrue</u>, 495 F.3d 625 (9th Cir. 2007), the ALJ's
9  treatment of the opinion of Dr. Shubhakar was pursuant to correct
10 legal standards and was supported by substantial evidence; and
11 whether the opinion of Dr. Rios constituted substantial evidence
12 considering all the evidence, including but not limited to Dr.
13 Rios's failure to mention and/or apparent failure to consider the
14 x-rays.

16 IT IS SO ORDERED.
17 **Dated:   February 15, 2008**            /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE